**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number (If known): _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    Check one:
    ☐ Chapter 7
    ■ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Speed Vegas, LLC

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

    ■ Unknown

    EIN: __ __ - __ __ __ __ __ __ __

5. **Debtor's address**

    **Principal place of business**

    14200    South Las Vegas Blvd
    Number    Street

    Las Vegas            NV    89044
    City                 State    ZIP Code

    Clark
    County

    **Mailing address, if different**

    Number    Street

    P.O. Box

    City    State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number    Street

    City    State    ZIP Code

Debtor **Speed Vegas, LLC**  
     Name

Case number (if known) _____

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | https://speedvegas.com/en/ |

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

**Part 3:  Report About the Case**

10. **Venue**

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205       Involuntary Petition Against a Non-Individual       page 2

Debtor **Speed Vegas, LLC**
_____ Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Phil Fiore | Note claim | $ at least 5,259 |
| Velocita, LLC | Note claim | $ at least 5,259 |
| Aaron Fessler | Note claim | $ at least 5,259 |
| (Additional Petitioners) | Total of petitioners' claims Note claims | $ at least 15,777 at least 5,529 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, .. ...... ...., ... the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Phil Fiore
Name
99  Lillinonah Rd S.
Number  Street
Bridgewater        CT        06752
City              State     ZIP Code

Name and mailing address of petitioner's representative, if any
SteinHarris as Collateral Agent
Name
1211  Avenue of the Americas, 40th Floor
Number  Street
New York        NY        10036
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8  12/2017
            MM / DD / YYYY

X /s/ Lance Harris
Signature of petitioner or representative, including representative's title

**Attorneys**

Steven K. Kortanek
Printed name
Drinker, Biddle & Reath, LLP
Firm name, if any
222  Delaware Ave., Suite 1401
Number  Street
Wilmington        DE        19801
City              State     ZIP Code

Contact phone  302-467-4238    Email  steven.kortanek@dbr.com

Bar number  3106

State  DE

X _Steven K. Kortanek_
Signature of attorney

Date signed  8  12.2017
            MM / DD / YYYY

---

Official Form 205            Involuntary Petition Against a Non-Individual            page 3

Debtor: **Speed Vegas, LLC**
Case number (if known): _____

---

**Name and mailing address of petitioner**

Name: Velocita, LLC
Number Street: 1806 Industrial Road
City: Las Vegas   State: NV   ZIP Code: 89102

**Name and mailing address of petitioner's representative, if any**

Name: SteinHarris as Collateral Agent
Number Street: 1211 Avenue of the Americas, 40th Floor
City: New York   State: NY   ZIP Code: 10036

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8 / 12 / 2017 (MM/DD/YYYY)

✗ /s/ Lance Harris
Signature of petitioner or representative, including representative's title

---

Printed name: Steven K. Kortanek
Firm name, if any: Drinker, Biddle & Reath, LLP
Number Street: 222 Delaware Ave., Suite 1401
City: Wilmington   State: DE   ZIP Code: 19801
Contact phone: 302-467-4238   Email: steven.kortanek@dbr.com
Bar number: 3106
State: DE

✗ /s/ Steven K. Kortanek
Signature of attorney

Date signed: 8 / 12 / 2017 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Aaron Fessler
Number Street: 3 Burnett Rd.
City: Mendham   State: NJ   ZIP Code: 07945

**Name and mailing address of petitioner's representative, if any**

Name: SteinHarris as Collateral Agent
Number Street: 1211 Avenue of the Americas, 40th Floor
City: New York   State: NY   ZIP Code: 10036

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8 / 12 / 2017 (MM/DD/YYYY)

✗ /s/ Lance Harris
Signature of petitioner or representative, including representative's title

---

Printed name: Steven K. Kortanek
Firm name, if any: Drinker, Biddle & Reath, LLP
Number Street: 222 Delaware Ave., Suite 1401
City: Wilmington   State: DE   ZIP Code: 19801
Contact phone: 302-467-4238   Email: steven.kortanek@dbr.com
Bar number: 3106
State: DE

✗ /s/ Steven K. Kortanek
Signature of attorney

Date signed: 8 / 12 / 2017 (MM/DD/YYYY)

| Debtor | Speed Vegas, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Petitioners

**Name and mailing address of petitioner**

Name: EME Driving, LLC
Number/Street: 1211 Avenue of the Americas, 40th Fl.
City: New York   State: NY   ZIP Code: 10036

**Name and mailing address of petitioner's representative, if any**

Name: SteinHarris as Collateral Agent
Number/Street: 1211 Avenue of the Americas, 40th Floor
City: New York   State: NY   ZIP Code: 10036

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/12/2017 (MM/DD/YYYY)

☒ /s/ Lance Harris

Signature of petitioner or representative, including representative's title

---

Printed name: Steven K. Kortanek
Firm name, if any: Drinker, Biddle & Reath, LLP
Number/Street: 222 Delaware Ave., Suite 1401
City: Wilmington   State: DE   ZIP Code: 19801
Contact phone: 302-467-4238   Email: steven.kortanek@dbr.com
Bar number: 3106
State: DE

☒ /s/ Steven K. Kortanek
Signature of attorney

Date signed: 8/12/2017 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Thomas Garcia
Number/Street: 23 Camino Azulejo
City: Santa Fe   State: NM   ZIP Code: 87508

**Name and mailing address of petitioner's representative, if any**

Name: SteinHarris as Collateral Agent
Number/Street: 1211 Avenue of the Americas, 40th Floor
City: New York   State: NY   ZIP Code: 10036

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/12/2017 (MM/DD/YYYY)

☒ /s/ Lance Harris

Signature of petitioner or representative, including representative's title

---

Printed name: Steven K. Kortanek
Firm name, if any: Drinker, Biddle & Reath, LLP
Number/Street: 222 Delaware Ave., Suite 1401
City: Wilmington   State: DE   ZIP Code: 19801
Contact phone: 302-467-4238   Email: steven.kortanek@dbr.com
Bar number: 3106
State: DE

☒ /s/ Steven K. Kortanek
Signature of attorney

Date signed: 8/12/2017 (MM/DD/YYYY)

Debtor  **Speed Vegas, LLC**
Name

Case number (if known) _____

## Additional Petitioners

---

**Name and mailing address of petitioner**

Sloan-Speed, LLC
Name

3960  Howard Hughes Pkwy Suite 180
Number  Street

Las Vegas              NV        89169
City                   State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

SteinHarris as Collateral Agent
Name

1211  Avenue of the Americas, 40th Floor
Number  Street

New York              NY        10036
City                  State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8  12/2017
             MM / DD / YYYY

✗ /s/ Lance Harris
Signature of petitioner or representative, including representative's title

---

Steven K. Kortanek
Printed name

Drinker, Biddle & Reath, LLP
Firm name, if any

222  Delaware Ave., Suite 1401
Number  Street

Wilmington            DE        19801
City                  State     ZIP Code

Contact phone  302-467-4238    Email  steven.kortanek@dbr.com

Bar number  3106

State  DE

✗ /s/ Steven K. Kortanek
Signature of attorney

Date signed  8  12/2017
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

T-VV, LLC
Name

1806  Industrial Road
Number  Street

Las Vegas             NV        89102
City                  State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

SteinHarris as Collateral Agent
Name

1211  Avenue of the Americas, 40th Floor
Number  Street

New York              NY        10036
City                  State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8  12/2017
             MM / DD / YYYY

✗ /s/ Lance Harris
Signature of petitioner or representative, including representative's title

---

Steven K. Kortanek
Printed name

Drinker, Biddle & Reath, LLP
Firm name, if any

222  Delaware Ave., Suite 1401
Number  Street

Wilmington            DE        19801
City                  State     ZIP Code

Contact phone  302-467-4238    Email  steven.kortanek@dbr.com

Bar number  3106

State  DE

✗ /s/ Steven K. Kortanek
Signature of attorney

Date signed  8  12/2017
             MM / DD / YYYY

---