**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
(State)

Case number (If known): 17-11752-KJC    Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Speed Vegas, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   14200   South Las Vegas Blvd
   Number      Street

   _____

   Las Vegas                    NV    89044
   City                         State  ZIP Code

   Clark
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City          State    ZIP Code

Debtor  **Speed Vegas, LLC**  
_____  
Name

Case number (if known) 17-11752-KJC
_____

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | https://speedvegas.com/en/ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>❏ Partnership (excluding LLP)<br>❏ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. § 101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the types of business listed.<br>❏ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ■ No<br>❏ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                                     MM / DD / YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                                     MM / DD / YYYY |

**Part 3:  Report About the Case**

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:*<br>■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>❏ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked:*<br>■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>❏ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ■ No<br>❏ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor **Speed Vegas, LLC**     Case number (if known) **17-11752-KJC**
      Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Phil Fiore | Note claim | $ at least 5,259 |
| Velocita, LLC | Note claim | $ at least 5,259 |
| T-VV, LLC | Note claim | $ at least 5,259 |
| (Additional Petitioners) | Note claims | |
| | Total of petitioners' claims | $ at least 15,777 |
| | | at least 5,529 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, ................., at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney.  Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
**Phil Fiore**
Name
**99  Lillinonah Rd S.**
Number  Street
**Bridgewater**  **CT**  **06752**
City  State  ZIP Code

Name and mailing address of petitioner's representative, if any
**SteinHarris as Collateral Agent**
Name
**1211  Avenue of the Americas, 40th Floor**
Number  Street
**New York**  **NY**  **10036**
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **8  14/2017**
      MM / DD / YYYY

✗ **/s/ Lance Harris**
Signature of petitioner or representative, including representative's title

**Attorneys**

**Steven K. Kortanek**
Printed name
**Drinker, Biddle & Reath, LLP**
Firm name, if any
**222  Delaware Ave., Suite 1401**
Number  Street
**Wilmington**  **DE**  **19801**
City  State  ZIP Code

Contact phone  **302-467-4238**  Email  **steven.kortanek@dbr.com**

Bar number  **3106**

State  **DE**

✗ *Steven K. Kortanek*
Signature of attorney

Date signed  **8  14/2017**
      MM / DD / YYYY

Official Form 205     Involuntary Petition Against a Non-Individual     page 3

Debtor **Speed Vegas, LLC**
Name

Case number (if known) **17-11752-KJC**

---

**Name and mailing address of petitioner**

Velocita, LLC
Name

1806  Industrial Road
Number    Street

Las Vegas          NV          89102
City               State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

SteinHarris as Collateral Agent
Name

1211  Avenue of the Americas, 40th Floor
Number    Street

New York           NY          10036
City               State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8  14/2017
             MM / DD / YYYY

✗ /s/ Lance Harris
Signature of petitioner or representative, including representative's title

---

Steven K. Kortanek
Printed name

Drinker, Biddle & Reath, LLP
Firm name, if any

222  Delaware Ave., Suite 1401
Number    Street

Wilmington          DE          19801
City                State       ZIP Code

Contact phone  302-467-4238    Email  steven.kortanek@dbr.com

Bar number  3106

State  DE

✗ /s/ Steven K. Kortanek
Signature of attorney

Date signed  8  14/2017
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

T-VV, LLC
Name

1806  Industrial Road
Number    Street

Las Vegas          NV          89102
City               State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

SteinHarris as Collateral Agent
Name

1211  Avenue of the Americas, 40th Floor
Number    Street

New York           NY          10036
City               State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8  14/2017
             MM / DD / YYYY

✗ /s/ Lance Harris
Signature of petitioner or representative, including representative's title

---

Steven K. Kortanek
Printed name

Drinker, Biddle & Reath, LLP
Firm name, if any

222  Delaware Ave., Suite 1401
Number    Street

Wilmington          DE          19801
City                State       ZIP Code

Contact phone  302-467-4238    Email  steven.kortanek@dbr.com

Bar number  3106

State  DE

✗ /s/ Steven K. Kortanek
Signature of attorney

Date signed  8  14/2017
             MM / DD / YYYY

---

| Debtor | Speed Vegas, LLC | Case number (if known) | 17-11752-KJC |
|---|---|---|---|
| | Name | | |

## Additional Petitioners

**Name and mailing address of petitioner**

Name: EME Driving, LLC
Number/Street: 1211 Avenue of the Americas, 40th Fl.
City: New York    State: NY    ZIP Code: 10036

**Name and mailing address of petitioner's representative, if any**

Name: SteinHarris as Collateral Agent
Number/Street: 1211 Avenue of the Americas, 40th Floor
City: New York    State: NY    ZIP Code: 10036

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/14/2017 (MM/DD/YYYY)

x /s/ Lance Harris
Signature of petitioner or representative, including representative's title

Printed name: Steven K. Kortanek
Firm name, if any: Drinker, Biddle & Reath, LLP
Number/Street: 222 Delaware Ave., Suite 1401
City: Wilmington    State: DE    ZIP Code: 19801
Contact phone: 302-467-4238    Email: steven.kortanek@dbr.com
Bar number: 3106
State: DE

x /s/ Steven K. Kortanek
Signature of attorney

Date signed: 8/14/2017 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Thomas Garcia
Number/Street: 23 Camino Azulejo
City: Santa Fe    State: NM    ZIP Code: 87508

**Name and mailing address of petitioner's representative, if any**

Name: SteinHarris as Collateral Agent
Number/Street: 1211 Avenue of the Americas, 40th Floor
City: New York    State: NY    ZIP Code: 10036

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/14/2017 (MM/DD/YYYY)

x /s/ Lance Harris
Signature of petitioner or representative, including representative's title

Printed name: Steven K. Kortanek
Firm name, if any: Drinker, Biddle & Reath, LLP
Number/Street: 222 Delaware Ave., Suite 1401
City: Wilmington    State: DE    ZIP Code: 19801
Contact phone: 302-467-4238    Email: steven.kortanek@dbr.com
Bar number: 3106
State: DE

x /s/ Steven K. Kortanek
Signature of attorney

Date signed: 8/14/2017 (MM/DD/YYYY)

Debtor  **Speed Vegas, LLC**
Name

Case number (if known) **17-11752-KJC**

## Additional Petitioners

**Name and mailing address of petitioner**

Name: Sloan-Speed, LLC
Number Street: 3960 Howard Hughes Pkwy Suite 180
City: Las Vegas    State: NV    ZIP Code: 89169

**Name and mailing address of petitioner's representative, if any**

Name: SteinHarris as Collateral Agent
Number Street: 1211 Avenue of the Americas, 40th Floor
City: New York    State: NY    ZIP Code: 10036

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8 / 14 / 2017 (MM/DD/YYYY)

X /s/ Lance Harris
Signature of petitioner or representative, including representative's title

---

Printed name: Steven K. Kortanek
Firm name, if any: Drinker, Biddle & Reath, LLP
Number Street: 222 Delaware Ave., Suite 1401
City: Wilmington    State: DE    ZIP Code: 19801
Contact phone: 302-467-4238    Email: steven.kortanek@dbr.com
Bar number: 3106
State: DE

X /s/ Steven K. Kortanek
Signature of attorney

Date signed: 8 / 14 / 2017 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: ___
Number Street: ___
City: ___    State: ___    ZIP Code: ___

**Name and mailing address of petitioner's representative, if any**

Name: ___
Number Street: ___
City: ___    State: ___    ZIP Code: ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ (MM/DD/YYYY)

X ___
Signature of petitioner or representative, including representative's title

---

Printed name: ___
Firm name, if any: ___
Number Street: ___
City: ___    State: ___    ZIP Code: ___
Contact phone: ___    Email: ___
Bar number: ___
State: ___

X ___
Signature of attorney

Date signed: ___ (MM/DD/YYYY)

---