# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                          **Case No.:**17–11752–KJC

Speed Vegas, LLC

**Chapter:**11

### NOTICE REGARDING SUMMONS IN INVOLUNTARY CASE

On 8/12/17, petitioning creditors filed a petition under Chapter 11 of Title 11 of the United States Code against the above–named alleged debtor. Upon filing the petition, the petitioning creditors did not present a summons to the Clerk for signature and seal [F.R.Civ.P. 4(b), F.R.Bank.P.1010, 7004(a)].

A summons and certificate of service (Official Form B2500E) may be obtained from the Clerk's Office or from the "Forms" section of the Court's website (www.deb.uscourts.gov). The summons may be presented to the Clerk for signature and seal at the following address:

> United States Bankruptcy Court
> District of Delaware
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

Once the summons has been signed and sealed by the Clerk and issued to the petitioning creditors, it must be served with a copy of the petition within 14 days of the issuance [F.R.Bank.P.1010, 7004(e)]. **After service has been made, a certificate of service must be filed with the Court within 7 days.**

If service of the summons and the petition is not made by the petitioning creditors upon the alleged debtor within 120 days of the filing of the petition, the court may dismiss this case [F.R.Civ.P. 4(m) made applicable by F.R.Bank.P. 7004 (a)].

*Una O'Boyle*

Date:  8/14/17

Una O'Boyle, Clerk of Court

(VAN–413)