Fill in this information to identify the case:
Debtor name  **Speed Vegas, LLC**
United States Bankruptcy Court for the:  **DISTRICT OF DELAWARE**
Case number (if known):  **17-11752-KJC**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Sloan Ventures 90, LLC<br>c/o Jennie Neri<br>1370 Jet Stream Dr., Ste. 100<br>Henderson, NV 89052 | custerm@pepperlaw.com | | | | | $4,780,070.48 |
| Haug Partners, LLP<br>745 Fifth Ave.<br>New York, NY 10151 | ehaug@haugpartners.com<br>212-588-0800 | | | | | $685,212.22 |
| Gruskin Group<br>294 Morris Ave.<br>Springfield, NJ 07081 | digital@gruskingroup.com<br>973-376-4411 | | | | | $222,326.04 |
| R&R Partners, Inc<br>900 S. Pavilion Center Dr., Ste. 100<br>Las Vegas, NV 89144 | morgan.baumgartner@rrpartners.com<br>702-228-0222 | | | | | $168,920.68 |
| South Central AV<br>756 Melrose Ave.<br>Nashville, TN 37211 | rshelton@southcentralav.com<br>702-735-9393 | | | | | $98,013.34 |
| Richard Herbert<br>709 SE 10 St.<br>Delray Beach, FL 33483 | Fax: 561-622-7603 | | | | | $75,200.00 |
| McCarter & English<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102 | dbroderick@mccarter.com | | | | | $63,065.40 |

Debtor **Speed Vegas, LLC**  
Name

Case number *(if known)* **17-11752-KJC**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ted Wiens Tire & Auto**<br>1701 Las Vegas Blvd. South<br>Las Vegas, NV 89104 | manager3@tedwiens.com<br>702-732-2382 | | | | | $51,879.32 |
| **Fisher Phillips**<br>300 S. Fourth St., Ste. 1500<br>Las Vegas, NV 89101 | Fax: 702-252-7411<br>702-252-3131 | | | | | $51,310.00 |
| **Google Inc.**<br>1600 Amphitheater Pkwy.<br>Mountain View, CA 94043 | collections@google.com | | | | | $50,000.00 |
| **SV Auto Finance, LLC**<br>c/o SteinHarris, Attorneys at Law<br>1211 Avenue of the Americas, 40th Fl.<br>New York, NY 10036 | lance@steinharris.com | | | | | $27,831.31 |
| **Gordon & Rees LLP**<br>1111 Broadway, Ste. 1700<br>Oakland, CA 94607 | rschumacher@grsm.com | | | | | $20,680.00 |
| **Consensus Media, LLC**<br>1763 Casey Court<br>Lafayette, CO 80026 | justin.defreece@consensusagency.com<br>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 | | | | | $20,000.00 |
| **VEGAS.COM LLC**<br>3960 Howard Hughes Pkwy., Ste. 900<br>Las Vegas, NV 89169 | Fax: 702-987-2702 | | | | | $16,000.00 |
| **Evus Technologies**<br>205 E. Warm Springs Rd, Ste. 108<br>Las Vegas, NV 89119 | hello@evus.com<br>702-943-1832 | | | | | $14,760.00 |
| **Eagle Promotions**<br>4575 W. Post Rd., Ste. 100<br>Las Vegas, NV 89118 | info@eaglepromotions.com<br>866-785-7100 | | | | | $13,327.10 |
| **Rebel Oil Co., Inc.**<br>2200 South Highland Dr.<br>Las Vegas, NV 89102 | Fax: 702-382-4263<br>702-382-5866 | | | | | $12,374.48 |

| Debtor | **Speed Vegas, LLC** | | Case number *(if known)* | **17-11752-KJC** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Miles Media Group<br>PO Box 645430<br>Cincinnati, OH 45264-5430** | **Fax: 941-907-0300** | | | | | **$11,500.00** |
| **Greenfish Labs, INC<br>117 S. West End Ave., 2nd Fl.<br>Lancaster, PA 17603** | **contact@greenfishlabs.com** | | | | | **$10,895.00** |
| **Anthem Blue Cross and Blue Shield<br>PO Box 51011<br>Los Angeles, CA 90051-5311** | **Fax: 877-664-1504** | | | | | **$10,627.28** |

| | | |
|---|---|---|
| SPEED VEGAS, LLC<br>14200 SOUTH LAS VEGAS BLVD.<br>LAS VEGAS, NV 89044 | AUDIO VISUAL ADVISORS, INC.<br>3595 PATRICK LN., STE. 700<br>LAS VEGAS, NV 89120 | COMENITY - ADWORDS BUSINESS<br>PO BOX 659445<br>SAN ANTONIO, TX 78265-9445 |
| DAVID M. KLAUDER<br>BIELLI & KLAUDER, LLC<br>1204 N. KING ST.<br>WILMINGTON, DE 19801 | BG SOUTHERN NEVADA<br>4616 W. SAHARA AVE., #381<br>LAS VEGAS, NV 89120 | CONSENSUS MEDIA, LLC<br>1763 CASEY COURT<br>LAFAYETTE, CO 80026 |
| 3 MARTINI LUNCH<br>241 W. CHARLESTON BLVD., #130<br>LAS VEGAS, NV 89102 | BRYAN GARABANDT<br>6586 MOUNT ROY LN.<br>LAS VEGAS, NV 89156 | COREY M. ESCHWEILER, ESQ.<br>GLEN LERNER INJURY ATTORNEY<br>4795 S. DURANGO DR.<br>LAS VEGAS, NV 89147 |
| AARON FESSLER<br>C/O SPEEDVEGAS<br>14200 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89054 | CANDID COMMUNICATIONS, LLC<br>4071 WILD EAGLE CIRCLE<br>LAS VEGAS, NV 89129 | CRAIG D. SLATER, ESQ.<br>LUH & ASSOCIATES<br>8987 W. FLAMINGO RD., STE. 100<br>LAS VEGAS, NV 89147 |
| AARON FESSLER<br>14200 SOUTH LAS VEGAS BLVD.<br>LAS VEGAS, NV 89054 | CANDID WORLDWIDE, LLC<br>25-11 HUNTERS POINT AVE.<br>LONG ISLAND CITY, NY 11101 | CUSTOM HEARTH DISTRIBUTORS IN<br>PO BOX 335367<br>NORTH LAS VEGAS, NV 89033 |
| ALBREGTS LAW<br>701 SHADOW LN., STE. 150<br>LAS VEGAS, NV 89106 | CANYON PLUMBING, LLC<br>4094 PONDEROSA WAY<br>LAS VEGAS, NV 89118 | CUSTOM TOWING<br>2775 BETTY LANE<br>LAS VEGAS, NV 89156 |
| AMERICAN TOXICOLOGY<br>3340 SUNRISE AVE., STE. 105<br>LAS VEGAS, NV 89101 | CASHMAN POWER SOLUTIONS<br>CAT FINANCIAL COMMERCIAL ACCOUNT<br>PO BO 978595<br>DALLAS, TX 75397-8595 | DIRECTV<br>PO BOX 5006<br>CAROL STREAM, IL 60197-5006 |
| ANTHEM BLUE CROSS AND BLUE SHIELD<br>PO BOX 51011<br>LOS ANGELES, CA 90051-5311 | CHRYSLER CAPITAL<br>PO BOX 660335<br>DALLAS, TX 75266 | DIVINE LINE<br>6543 LAS VEGAS BLVD. SOUTH, #3<br>LAS VEGAS, NV 89119 |
| ARAM ORDUBEGIAN, ESQ.<br>ARENT FOX LLP<br>555 WEST 5TH ST., 48TH FL.<br>LOS ANGELES, CA 90013 | CINCINNATI BELL<br>PO BOX 748001<br>CINCINNATI, OH 45274 | DONE DEAL PROMOTIONS<br>8224 N. LEHIGH AVE.<br>MORTON GROVE, IL 60053 |
| AT&T<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 | CLEAR CHANNEL OUTDOOR<br>PO BOX 742025<br>LOS ANGELES, CA 90074 | DREAMDEALERS USA, LLC DBA R<br>C/O THOMAS J. FRANCELLA, JR.E<br>WHITEFORD TAYLOR & PRESTON LL<br>405 NORTH KING ST., STE. 500<br>WILMINGTON, DE 19801 |

| | | |
|---|---|---|
| DWYER ENGINEERING<br>7310 SMOKE RANCH RD., STE. E<br>LAS VEGAS, NV 89128 | FRONTIER RADIO, INC.<br>212 CARPENTERS UNION WAY<br>LAS VEGAS, NV 89119 | HAUG PARTNERS, LLP<br>745 FIFTH AVE.<br>NEW YORK, NY 10151 |
| EAGLE PROMOTIONS<br>4575 W. POST RD., STE. 100<br>LAS VEGAS, NV 89118 | G&K SERVICES<br>PO BOX 842385<br>BOSTON, MA 02284-2385 | HIGH ENERGY ELECTRIC<br>18 W. MAYFLOWER AVE.<br>NORTH LAS VEGAS, NV 89030 |
| ECOLAB PEST ELIMINATION DIVISION<br>26252 NETWORK PLACE<br>CHICAGO, IL 60673-1262 | GIRODISC<br>3550 MERIDIAN ST. UNIT #6<br>BELLINGHAM, WA 98225 | INTEK AUTO LEASING, INC. (ACH<br>152 EAGLE ROCK AVE.<br>ROSELAND, NJ 07068 |
| ESTATE OF CRAIG SHERWOOD<br>C/O THOMAS J. FRANCELLA, JR., ESQ.<br>WHITEFORD TAYLOR & PRESTON LLC<br>405 N. KING ST., STE. 500<br>WILMINGTON, DE 19801 | GOOGLE INC.<br>1600 AMPHITHEATER PKWY.<br>MOUNTAIN VIEW, CA 94043 | IRANY DEFARIA<br>7189 S. DURANGO DR., APT. 308<br>LAS VEGAS, NV 89113 |
| ESTATE OF GIL BEN-KELY<br>C/O DOMINIC P. GENTILE, ESQ.<br>GENTILE CRISTALLI MILLER ARMENI SAVARESE<br>410 S. RAMPART, STE. 420<br>LAS VEGAS, NV 89145 | GORDON & REES LLP<br>1111 BROADWAY, STE. 1700<br>OAKLAND, CA 94607 | ISMAIL AMIN, ESQ.<br>THE AMIN LAW GROUP NV, LTD.<br>3753 HOWARD HUGHES PKWY., 200<br>LAS VEGAS, NV 89169 |
| EVUS TECHNOLOGIES<br>205 E. WARM SPRINGS RD, STE. 108<br>LAS VEGAS, NV 89119 | GREENFISH LABS, INC<br>117 S. WEST END AVE., 2ND FL.<br>LANCASTER, PA 17603 | JEFFREY HICKEY<br>C/O PROCYON PARTNERS LLC<br>ONE CORPORATE DR., STE. 225<br>SHELTON, CT 06484 |
| FISHER PHILLIPS<br>300 S. FOURTH ST., STE. 1500<br>LAS VEGAS, NV 89101 | GREENSPOONMARDER<br>TRADE CENTER SOUTH - STE. 700<br>1100 WEST CYPRESS CREEK<br>FORT LAUDERDALE, FL 33309 | JILL FIORE |
| FORD CREDIT<br>PO BOX 790072<br>SAINT LOUIS, MO 63179-0072 | GRUSKIN GROUP<br>294 MORRIS AVE.<br>SPRINGFIELD, NJ 07081 | JORDAK<br>PO BOX 461904<br>SLOAN, NV 89054 |
| FORD CREDIT<br>PO BOX 790093<br>SAINT LOUIS, MO 63179-0093 | GWEN WARD<br>C/O THOMAS J. FRANCELLA, JR., ESQ.<br>WHITEFORD TAYLOR & PRESTON LLC<br>405 N. KING ST., STE. 500<br>WILMINGTON, DE 19801 | JOSEPH BIRAGLIA<br>HALLORAN & SAGE, LLP<br>133 DEER HILL AVENUE<br>DANBURY, CT 06810 |
| FRANK NAPOLI<br>C/O THE NAPOLI GROUP<br>6620 S TENAYA WAY, #120<br>LAS VEGAS, NV 89113 | GWEN WARD, GUARDIAN TO ZANE SHERWOOD<br>C/O THOMAS J. FRANCELLA, JR., ESQ.<br>WHITEFORD TAYLOR & PRESTON LLC<br>405 N. KING ST., STE. 500<br>WILMINGTON, DE 19801 | KWAMID AMPEM<br>244 VERTIGO TULIP CT.<br>LAS VEGAS, NV 89106 |

| | | |
|---|---|---|
| LUNAS, INC.<br>4830 E. CARTIER AVE.<br>LAS VEGAS, NV 89115 | REBEL OIL CO., INC.<br>2200 SOUTH HIGHLAND DR.<br>LAS VEGAS, NV 89102 | SCENTAIR TECHNOLOGIES<br>PO BOX 978754<br>DALLAS, TX 75397-8754 |
| M&D AUTOMOTIVE EQUIPMENT<br>7724 GENZER DR.<br>LAS VEGAS, NV 89145 | REBEL PARTY RENTALS<br>6065 S. POLARIS AVE., STE. H<br>LAS VEGAS, NV 89118 | SCREAMING IMAGES<br>6975 S. DECATUR BLVD., STE. 13<br>LAS VEGAS, NV 89118 |
| MASTERPIECE CUISINE<br>303 S. WATER ST., STE. 130<br>HENDERSON, NV 89015 | RED ROCK CONSULTING<br>PO BOX 956<br>WAYNESVILLE, OH 45068 | SHON BEN-KELY<br>C/O DOMINIC P. GENTILE, ESQ.<br>GENTILE CRISTALLI MILLER ARMS<br>410 S. RAMPART, STE. 420<br>LAS VEGAS, NV 89145 |
| MCCARTER & ENGLISH<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST.<br>NEWARK, NJ 07102 | RICHARD HERBERT<br>709 SE 10 ST.<br>DELRAY BEACH, FL 33483 | SIERRAS ANSWERING SERVICE<br>918 E. SAHARA AVE.<br>LAS VEGAS, NV 89104 |
| MICHAEL J. CUSTER, ESQ.<br>PEPPER HAMILTON LLP<br>HERCULES PLAZA, STE. 5100<br>1313 N. MARKET ST.<br>WILMINGTON, DE 19899-1709 | RICHARD SCOTT HERBERT<br>709 SE 10TH ST.<br>DELRAY BEACH, FL 33483 | SILVER SERVICE REFRESHMENTS<br>7340 SMOKE RANCH RD., STE. D<br>LAS VEGAS, NV 89128 |
| MILES MEDIA GROUP<br>PO BOX 645430<br>CINCINNATI, OH 45264-5430 | ROBERT R. KINAS, ESQ.<br>SNELL AND WILMER L.L.P.<br>3883 HOWARD HUGHES PKWY., #1100<br>LAS VEGAS, NV 89169-5958 | SIMPLEXGRINNELL, LP<br>DEPT CH 10320<br>PALATINE, IL 60055-0320 |
| NATALIE BEN-KELY-SCOTT<br>C/O DOMINIC P. GENTILE, ESQ.<br>GENTILE CRISTALLI MILLER ARMENI SAVARESE<br>410 S. RAMPART, STE. 420<br>LAS VEGAS, NV 89145 | ROME SECURITY SERVICES<br>781 CORONADO CENTER DRR., STE. 200<br>HENDERSON, NV 89052 | SIN CITY PORTABLES, LLC<br>6375 CAMERON ST., STE. N<br>LAS VEGAS, NV 89118 |
| NEVADA SECRETARY OF STATE<br>202 N.CARSON ST.<br>CARSON CITY, NV 89701 | SAFE ELECTRONICS, INC.<br>2441 WESTERN AVE.<br>LAS VEGAS, NV 89102 | SLOAN VENTURES 90, LLC<br>C/O JENNIE NERI<br>1370 JET STREAM DR., STE. 100<br>HENDERSON, NV 89052 |
| PROCAR LLC<br>930 VILLAGE CENTER CIRCLE, #3-588<br>LAS VEGAS, NV 89134 | SALESFORCE.COM, INC.<br>PO BOX 203131<br>DALLAS, TX 75320-3141 | SOUTH CENTRAL AV<br>756 MELROSE AVE.<br>NASHVILLE, TN 37211 |
| R&R PARTNERS, INC<br>900 S. PAVILION CENTER DR., STE. 100<br>LAS VEGAS, NV 89144 | SAM'S CLUB<br>PO BOX 530981<br>ATLANTA, GA 30353-0981 | STAPLES ADVANTAGE<br>DEPT LA 1368, PO BOX 83689<br>CHICAGO, IL 60696-3698 |

SV AUTO FINANCE, LLC
C/O STEINHARRIS, ATTORNEYS AT LAW
1211 AVENUE OF THE AMERICAS, 40TH
NEW YORK, NY 10036

WELLS FARGO BANK
PO BOX 10306
DES MOINES, IA 50306-0306

TED WIENS TIRE & AUTO
1701 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89104

THE REINALT-THOMAS CORPORATION
DBA DISCOUNT TIRE
PO BOX 29851
PHOENIX, AZ 85038-9851

TMC - THE MCCLEMMY COMPANIES
ATTN: RICHARD MCCLEMMY
629 TERJIAL WAY, STE. 1
COSTA MESA, CA 92627

TOP NOTCH SERVICES
9260 EL CAMINO RD.
LAS VEGAS, NV 89139

TORMAR CLEANING SERVICES NEVADA, INC.
3163 W. TOMPKINS AVE.
LAS VEGAS, NV 89103

U-ME INTERNATIONAL
1524 SUN COPPER DR.
LAS VEGAS, NV 89117

UTILITY SERVICES, INC.
PO BOX 35908
LAS VEGAS, NV 89133-5908

VEGAS.COM LLC
3960 HOWARD HUGHES PKWY., STE. 900
LAS VEGAS, NV 89169

WATER PROS
2516 LOSEE RD.
NORTH LAS VEGAS, NV 89030

# United States Bankruptcy Court
### District of Delaware

In re   **Speed Vegas, LLC**                                                   Case No.   **17-11752-KJC**
Debtor(s)                                     Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 12, 2017**            **/s/ Aaron Fessler**
                                          **Aaron Fessler**/**CEO**
                                          Signer/Title